RECEIVED
SDNY PRO SE OFFICE

2025 JUN 27 PM 4: 02

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Patrick Obah

Write the full name of each plaintiff.

**25 CV 5434**

(Include case number if one has been assigned)

-against-

- Jitjatjo
- Ferris Booth Commons
- The Trustees Of Columbia University City of NY

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?

☒ Yes   ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 1/24/19

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Patrick                              Obah

First Name          Middle Initial          Last Name

820  Saint  Ann's  Ave  Apt  8H

Street Address

Bronx                    NY              10456

County, City                    State              Zip Code

8329553820              Obahpat@gmail.Com

Telephone Number          Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:          Jitjatjo

Name

One  Liberty  Plaza,  Suit #313

Address where defendant may be served

NY              NY              10006

County, City                    State              Zip Code

Defendant 2:    Columbia University City of NY - The Trustees

Name

Alfred  Lerner  Hall, 2920  Broadway

Address where defendant may be served

NY              NY              10027

County, City                    State              Zip Code

Page 2

Defendant 3:

**Ferris Booth Commons**
Name

**Alfred Lerner Hall 2920 Broadway,**
Address where defendant may be served

**NY**                **NY**        **10027**
County, City          State         Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

**Jitjatjo**
Name

**One Liberty Plaza, Suite #313,**
Address

**NY**                **NY**        **10006**
County, City          State         Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964,** 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race: The Latina woman who was nagging is American

☑ color: Because I am a black and they accused me of theft and they believed one another.

☐ religion: _____

☐ sex: _____

☑ national origin: They didn't nag other staff or accuse them theft only me because I wasnt born here

Page 3

☐ **42 U.S.C. § 1981,** for intentional employment discrimination on the basis of race

My race is:  _Black, Nigerian Born and Raised_

☐ **Age Discrimination in Employment Act of 1967,** 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year:  _____

☐ **Rehabilitation Act of 1973,** 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is:  _____

☐ **Americans with Disabilities Act of 1990,** 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is:  _____

☐ **Family and Medical Leave Act of 1993,** 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B.  Other Claims

In addition to my federal claims listed above, I assert claims under:

☒ **New York State Human Rights Law,** N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☒ **New York City Human Rights Law,** N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☐ did not hire me

☐ terminated my employment

☐ did not promote me

☐ did not accommodate my disability

☐ provided me with terms and conditions of employment different from those of similar employees

☑ retaliated against me

☑ harassed me or created a hostile work environment
— I reminded Jitjatjo about how several time but they didn

☑ other (specify):  I was defamed, there were ⊘ave defamation of Character by Columbia and ferris booth Commons and Jitjatjo

### B.  Facts
supported them and affirmed it that it is

State here the facts that support your claim. Attach additional pages if needed. You should Truth.
explain what actions defendants took (or failed to take) *because of* your protected
characteristic, such as your race, disability, age, or religion. Include times and locations, if
possible. State whether defendants are continuing to commit these acts against you. in 2023. I started
I was place by Jitjatjo company at ferris Booth Commons
in Jan 2020 with Jitjatjo company. I had worked at FBC previously
and never had issues, but this time, a Latina supervisor created
a hostile work environment by micromanaging and belittly me
and nagging while I was working in fast pace environments. I notified
Jitjatjo about the harasements I was subjected to, then FBC accused
me of wandering and trying to steal. A male Latino manager
was jokingly accusing me of stealing item and food that were missing
as well. I believe this joke and the baseless allegation/accusation
were due to my race, color and national origin. Ultimately,
these accusations led to me being terminated from Jitjatjo
despite never having any disciplinary record and after telling

As additional support for your claim, you may attach any charge of discrimination that you filed
with the U.S. Equal Employment Opportunity Commission, the New York State Division of
Human Rights, the New York City Commission on Human Rights, or any other government
agency.
them to review the cameras of those day to confirm that I never
stole anything. Jitjatjoe didn't pay me properly they have some
of my money. I have had several arguments with Jitjatjo
about how they treated me in the past, they were telling me that
I shouldn't talk to them that I was rude because they send me

*[handwritten top margin:] utilities, dishes and when I contact them that they will pay me what they owe Pay dishwasher they refused and other several lies and bad treatments and I always tell them their misconducts and Lies they used it to hate me and Retaliates against me me Immediately Columbia University and FBC accused me wander my $ theft they (Jijatjo agreed immediately, started warning me as if it is truth and telling me to go back to work and if do it again they suspend me. I want to speak to Jitjatjo on the phone they refused to Listen to me said I did it. Even when I resigned they refused to Acknowledge my Resignation.*

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge?    04/16/2024

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice?    06/16/2025

When did you receive the Notice?    06/16/2025

☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

☐ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

I am Seeking for monetary compensations for emotional damages, trauma and PTSD I experienced at their Hostile work environments, There were discrimination, bully and harassement by their Latino and Latina managers defaming me by accusing me wandering and stealing. And The Latino manager where I was serving students food in fast paste environment accuse me in joking way oh you took the Items and food I said what the manager said no don't worry I was joking and messing

because I wasn't accepted the society
and nobody like me or care about about. I am
emotionally traumatized with anxieties with sleepless
nights. I have be treated like a less human being.

## VII.   PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that:
(1) the complaint is not being presented for an improper purpose (such as to harass,
cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are
supported by existing law or by a nonfrivolous argument to change existing law; (3) the
factual contentions have evidentiary support or, if specifically so identified, will likely
have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Federal
Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I
understand that my failure to keep a current address on file with the Clerk's Office may
result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to
proceed without prepayment of fees, each plaintiff must also submit an IFP application.

06/27/2025

**Dated**

Patrick                    C                    Obah

**First Name**          **Middle Initial**          **Last Name**

820 Saint Ann's Ave Apt 8H

**Street Address**

Bronx                              NY                    10456

**County, City**                              **State**          **Zip Code**

8329553820

**Telephone Number**

Obahpat@gmail.com

**Email Address** (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your
complaint. If you do not consent, please do not attach the form.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/16/2025

**To:** Rev. Patrick C. Obah
820 saint anns ave apt 8h
Bronx, NY 10456
Charge No: 520-2024-04228

**EEOC Representative and email:**   ANDREA REDDY
Investigator
andrea.reddy@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
06/16/2025

Arlean Nieto
Acting District Director

**Cc:**
NA NA
Columbia University
New York, NY 10027

Dominic Esposito
desposito@jitjatjo.com

Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 520-2024-04228 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Rev. Patrick C. Obah | (832) 955-3820 | |

**Street Address**

820 saint anns ave apt 8h

Bronx, NY 10456

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminate Against Me or Others.  *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Jitjatjo | 15 - 100 Employees | |

**Street Address**

1 Liberty Plaza 3rd floor, suite 313

New York, NY 10006

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| National Origin, Race, Retaliation | 05/02/2023 | 05/02/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

My name is Patrick Obah and I was placed by JitJatJoe Company at Ferris Booth Commons in 2023. I started January 2020 with JitJatJoe Company.

I had worked at Ferris Booth Commons previously and never had issues, but this time, a Latina Supervisor created a hostile work environment by micromanaging and belittling me.

I notified JitJatJoe about the harassment I was subjected to, then Ferris Booth Commons accused me of wandering and trying to steal. A male manager was jokingly accusing me of stealing an item that was missing as well. I believe this joke and the baseless allegations were due to my race and national origin.

Ultimately, these accusations led to me being terminated from Jitjatjoe despite never having any disciplinary record and after telling them to review the cameras to confirm I never stole anything.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Rev. Patrick C. Obah**<br><br>**04/04/2024**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the bes of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DAT.<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 520-2024-04228 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

I believe I was discriminated and retaliated against based on my race, African American, and national origin, Nigerian, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Rev. Patrick C. Obah**<br><br>**04/04/2024**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the bes of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DAT.<br>(*month, day, year*) |

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC FEPA | 520-2024-04228 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Rev. Patrick C. Obah | (832) 955-3820 | |

Street Address

820 saint anns ave apt 8h

Bronx, NY 10456

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Jitjatjo | 15 - 100 Employees | |

Street Address

1 Liberty Plaza 3rd floor, suite 313

New York, NY 10006

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                                                    City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| National Origin, Race, Retaliation | 05/02/2023 | 05/02/2023 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My name is Patrick Obah and I was placed by JitJatJoe Company at Ferris Booth Commons in 2023. I started January 2020 with JitJatJoe Company.

I had worked at Ferris Booth Commons previously and never had issues, but this time, a Latina Supervisor created a hostile work environment by micromanaging and belittling me.

I notified JitJatJoe about the harassment I was subjected to, then Ferris Booth Commons accused me of wandering and trying to steal. A male manager was jokingly accusing me of stealing an item that was missing as well. I believe this joke and the baseless allegations were due to my race and national origin. I told them to review the cameras to confirm I never stole anything.

During the time this accusation occurred, I contacted Jitjatjo on the phone to explained to them and clarify what happened. They refused to answer my calls, which gave me a hard time with mental suspense. This was a portrayal with their action of snubbing me and giving me warning not to do it again. I wrote them on the app saying that I am officially resigning from Jitjatjo and when I told them that I have resigned, they didn't want to hear it and accept my resignation. Instead, they gave me a warning not let it happen again. They told me to continue my work with them and they started

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 4/22/2024 _____ Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 4/22/2024 |

Page 1 of 3

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC FEPA | 520-2024-04228 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

sending me shifts/gigs. I refused to pick any gigs or work any gigs/shift again. They warn me as if I stole and they have forgiven me. They didn't accept or respect or acknowledge my resignation. They warned as if I did it and retained me in their company. It was dangerous for me because they know that I do not have a criminal record and I am innocent.

I believe I was discriminated and retaliated against based on my race, African American, and national origin, Nigerian, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 4/22/2024 Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 4/22/2024 |

Page 2 of 3

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/16/2025

**To:** Rev. Patrick C. Obah
820 saint anns ave apt 8h
Bronx, NY 10456
Charge No: 520-2023-05660

EEOC Representative and email:    ANDREA REDDY
Investigator
andrea.reddy@eeoc.gov

_____

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Arlean Nieto
06/16/2025
_____
Arlean Nieto
Acting District Director

**Cc:**
F B
fbr@gc.columbia.edu

NA NA
Alfred Lerner Hall, 2920 Broadway
New York, NY 10027

Susan Friedfel
Jackson Lewis P.C.
44 South Broadway, 14th floor
White Plains, NY 10601

Christina Apollonio
ca2646@columbia.edu


Please retain this notice for your records.

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 520-2023-05660 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Rev. Patrick C. Obah | (832) 955-3820 | |

Street Address

820 saint anns ave apt 8h

Bronx, NY 10456

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminate Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Ferris Booth Commons | Unknown Number Of Employees | |

Street Address

Alfred Lerner Hall, 2920 Broadway

New York, NY 10027

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest        Latest |
| Race, Retaliation | 05/02/2023      05/08/2023 |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the bes of my knowledge, information and belief.  SIGNATURE OF COMPLAINANT |
| Digitally Signed By: Rev. Patrick C. Obah  04/22/2024 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DAT (month, day, year) |
| Charging Party Signature | |

EEOC Form 5 (11/09)

| AMENDED CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 520-2023-05660 |

| **New York State Division Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

My name is Patrick Obah and I was placed by JitJatJoe Company at Ferris Booth Commons in 2023. I started January 2020 with JitJatJoe Company.

I had worked at Ferris Booth Commons previously and never had issues, but this time, a Latina Supervisor created a hostile work environment by micromanaging and belittling me.

I notified JitJatJoe about the harassment I was subjected to, then Ferris Booth Commons accused me of wandering and trying to steal. A male manager was jokingly accusing me of stealing an item that was missing as well. I believe this joke and the baseless allegations were due to my race and national origin. I told them to review the cameras to confirm I never stole anything.

During the time this accusation occurred, I contacted Jitjatjo on the phone to explained to them and clarify what happened. They refused to answer my calls, which gave me a hard time with mental suspense. This was a portrayal with their action of snubbing me and giving me warning not to do it again. I wrote them on the app saying that I am officially resigning from Jitjatjo and when I told them that I have resigned, they didn't want to hear it and accept my resignation. Instead, they gave me a warning not let it happen again. They told me to continue my work with them and they started sending me shifts/gigs. I refused to pick any gigs or work any gigs/shift again. They warn me as if I stole and they have forgiven me. They didn't accept or respect or acknowledge my resignation. They warned as if I did it and retained me in their company. It was dangerous for me because they know that I do not have a criminal record and I am innocent.

I believe I was discriminated and retaliated against based on my race, African American, and national origin, Nigerian, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Rev. Patrick C. Obah**<br><br>04/22/2024 | I swear or affirm that I have read the above charge and that it is true to the bes of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED  AND  SWORN  TO  BEFORE  ME  THIS  DAT.<br>*(month, day, year)* |
| *Charging Party Signature* | |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 520-2023-05660 |

| | and EEOC |
|---|---|
| **New York State Division Of Human Rights** | |
| *State or local Agency, if any* | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Rev. Patrick C. Obah | (832) 955-3820 | |

Street Address

820 saint anns ave apt 8h

Bronx, NY 10456

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminate Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Ferris Booth Commons | Unknown Number Of Employees | |

Street Address

Alfred Lerner Hall, 2920 Broadway

New York, NY 10027

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest — Latest |
| Race, Retaliation | 05/02/2023 — 05/08/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Rev. Patrick C. Obah**<br>**04/16/2024**<br><br>*Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DAT.<br>*(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 520-2023-05660 |

| **New York State Division Of Human Rights** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

My name is Patrick Obah and I was placed by JitJatJoe Company at Ferris Booth Commons in 2023. I started January 2020 with JitJatJoe Company.

I had worked at Ferris Booth Commons previously and never had issues, but this time, a Latina Supervisor created a hostile work environment by micromanaging and belittling me.

I notified JitJatJoe about the harassment I was subjected to, then Ferris Booth Commons accused me of wandering and trying to steal. A male manager was jokingly accusing me of stealing an item that was missing as well. I believe this joke and the baseless allegations were due to my race and national origin.

Ultimately, these accusations led to me being terminated from Jitjatjoe despite never having any disciplinary record and after telling them to review the cameras to confirm I never stole anything.

I believe I was discriminated and retaliated against based on my race, African American, and national origin, Nigerian, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Rev. Patrick C. Obah**<br><br>**04/16/2024**<br><br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |